[S. F. No. 15798.   In Bank.—October 11, 1937.]

FIRST NATIONAL BANK IN TURLOCK (a Corporation) et al., Petitioners, v. SOUTH SAN JOAQUIN IRRIGATION DISTRICT et al., Respondents; ROY E. WEAVER et al., Interveners.

Gillett & Gillett, J. N. Gillett, Jr., Hugh D. Newhouse, Russell P. Tyler, tum Suden & tum Suden, Pillsbury, Madison & Sutro and W. Coburn Cook for Petitioners.

W. Coburn Cook and Charles L. Childers for Interveners.

Netter & Rutherford, Newton Rutherford, Philip Cavalero and Stephen Dietrich for Respondents.

A. L. Cowell, Hankins & Hankins, Arvin B. Shaw, Jr., Harry W. Horton, James R. McBride, C. Ray Robinson, Hugh K. Landrau, Stephen W. Downey and Downey, Brand & Seymour for Respondent.

THE COURT.— The *mandamus* proceeding herein is the same, in all essential particulars, as that involved in the cause of *Morris* v. *South San Joaquin Irr. Dist.*, S. F. No. 15198 (*ante,* p. 701 [72 Pac. (2d) 154]), in which an order in abatement has been made this day. For the reasons stated in the opinion in that matter further proceedings herein should be suspended until the petition of the respondent district in the superior court has been heard and determined.

It is so ordered.